DAVID C. CAPELL (SBN: 114691)
TAD A. DEVLIN (SBN: 190355)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
e-mail: dcapell@gordonrees.com
e-mail: tdevlin@gordonrees.com

Attorneys for Defendant
LUMBERMENS MUTUAL CASUALTY COMPANY,
sued erroneously herein as KEMPER INSURANCE

JOSEPH J. HASMAN (Illinois Bar No.: 01151053); *pro hac vice*
DAVID F. SCHMIDT (Illinois Bar No.: 06204962); *pro hac vice*
CHITTENDEN MURDAY & NOVOTNY
303 West Madison Avenue, Suite 1400
Chicago, Illinois 60606
Telephone: (312) 281-3600
Facsimile: (312) 281-3678
e-mail: jhasman@cmn-law.com
e-mail: dschmidt@cmn-law.com

Attorneys *pro hac vice* for Defendant
LUMBERMENS MUTUAL CASUALTY COMPANY,
sued erroneously herein as KEMPER INSURANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PARKER,<br><br>Plaintiff,<br><br>vs.<br><br>KEMPER INSURANCE<br><br>Defendant. | CASE NO. C 03 4980 JL<br><br>**LUMBERMENS' MOTION REQUESTING LEAVE FOR DAVID SCHMIDT TO APPEAR BY PHONE AT FURTHER CASE MANAGEMENT CONFERENCE, SET FOR AUGUST 10, 2005, AT 10:30 A.M.** |

Defendant, LUMBERMENS MUTUAL CASUALTY COMPANY ("Lumbermens") erroneously sued herein as "Kemper Insurance," respectfully requests leave from the Court for attorney *pro hac vice* David Schmidt to appear by phone at the Further Case Management

1 | Conference set for August 10, 2005 at 10:30 a.m.

2 | Please have the Clerk of the Court call David Schmidt at (847) 331-7063.

3 | Respectfully submitted.

4 | Dated: August 9, 2005    GORDON & REES LLP

By: /s/ Tad A. Devlin
TAD A. DEVLIN
Attorneys for Defendant
LUMBERMENS MUTUAL CASUALTY
COMPANY, sued erroneously herein as
KEMPER INSURANCE

August 10, 2005

**IT IS SO ORDERED**
/s/ James Larson
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

CDEN\1015978\812986.1

-2-

LUMBERMENS' MOTION REQUESTING LEAVE TO APPEAR BY PHONE