DAVID C. CAPELL (SBN: 114691)
TAD A. DEVLIN (SBN: 190355)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
e-mail: dcapell@gordonrees.com
e-mail: tdevlin@gordonrees.com

Attorneys for Defendant
LUMBERMENS MUTUAL CASUALTY COMPANY,
sued erroneously herein as KEMPER INSURANCE

JOSEPH J. HASMAN (Illinois Bar No.: 01151053); *pro hac vice*
DAVID F. SCHMIDT (Illinois Bar No.: 06204962); *pro hac vice*
CHITTENDEN MURDAY & NOVOTNY
303 West Madison Avenue, Suite 1400
Chicago, Illinois 60606
Telephone: (312) 281-3600
Facsimile: (312) 281-3678
e-mail: jhasman@cmn-law.com
e-mail: dschmidt@cmn-law.com

Attorneys *pro hac vice* for Defendant
LUMBERMENS MUTUAL CASUALTY COMPANY,
sued erroneously herein as KEMPER INSURANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Parker,<br><br>    Plaintiff,<br><br>vs.<br><br>Kemper Insurance<br><br>    Defendant. | CASE NO. C 03 4980<br><br>**JOINT STIPULATION AND [XXXXXXXX] ORDER TO CONTINUE HEARING DATE ON CROSS MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date: November 30, 2005<br>Time: 9:30 a.m.<br>Judge: Chief Magistrate Judge James Larson |

TO THE COURT AND THE PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS ACTION:

    Please take notice that the parties, Plaintiff James Parker, by and through his attorney

-1-
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

1  Thomas Ostly, and Defendant Lumbermens Mutual Casualty Company ("Lumbermens"), sued
2  erroneously herein as Kemper Insurance, by and through its attorney, Tad A. Devlin, hereby
3  stipulate as follows:
4  
   That the hearing date on the parties' cross motions for summary judgment be continued
5  from December 7, 2005 until December 14, 2005 at 9:30 a.m.
6  
   IT IS SO STIPULATED.
7  Dated: November 20, 2005                LAW OFFICES OF THOMAS OSTLY
8  
9                                          By: /s/ Thomas Ostly
10                                          THOMAS OSTLY
                                            Attorneys for Plaintiff James Parker
11  
12  Dated: November 21, 2005                GORDON & REES LLP
13  
14                                          By: /s/ Tad A. Devlin
                                            TAD A. DEVLIN
15                                          Attorneys for Defendant
                                            Lumbermens Mutual Casualty Company, sued
16                                          erroneously herein as Kemper Insurance

17                              **PROPOSED ORDER**

18  Pursuant to stipulation between the parties, the hearing date on the parties' cross motions
19  for summary judgment is continued from December 7, 2005 until December 14, 2005 at 9:30
20  a.m.
21  
22  IT IS SO ORDERED.
23  Dated: November 30, 2005

                                            IT IS SO ORDERED
                                            /s/ James Larson
                                            Judge James Larson

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

CDBN\1015978\022939.1

-2-
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT